UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**YOANDY FONSECA,**

    Plaintiff,

v.                                      Case No: 8:22-cv-368-MSS-JSS

**NELSON TREE SERVICE, LLC,**

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 19) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 17th day of March 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party